```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BESPOKE REAL ESTATE LLC; BESPOKE
LUXURY MARKETING LLC,

                Plaintiffs,

v.

PRESTON KAYE; LAKE FARM GROUP INC.;

                Defendants.

20-CV-673 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     In light of the COVID-19 crisis, the Court will not hold the upcoming initial status conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by June 1, 2020, as directed in the Court's March 26, 2020 Order. Dkt. 20. If the parties are unable to submit their joint letter and proposed case management plan by June 1, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    June 1, 2020
           New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge